**DOUGLAS A. LINDE, ESQ. (SBN 217584)(dal@lindelaw.net)**
**ERICA ALLEN, ESQ. (SBN 234922)(ela@lindelaw.net)**
**THE LINDE LAW FIRM**
**9000 Sunset Boulevard, Ste. 1025**
**Los Angeles, California 90069**
**(310) 203-9333; (310) 203-9233 FAX**

Attorneys for Plaintiff,
DENNIS MORRIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORRIS ) | Case No. CV12-03233-E |
| ) | Honorable Charles F. Eick |
| Plaintiffs, ) | Complaint Filed: April 13, 2012 |
| ) | |
| v. ) | |
| ) | **REQUEST FOR VOLUNTARY** |
| SOMETHING SACRED, INC.; ) | **DISMISSAL OF ENTIRE ACTION** |
| JONATHAN J. BROYLES d/b/a ) | **WITHOUT PREDJUICE** |
| SOMETHING SACRED, and DOES ) | |
| 1 through 10, inclusive, ) | **[FRCP 41(a)(1)]** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO THE HONORABLE COURT:**

Plaintiff hereby Requests that the Complaint in this matter filed by Plaintiff DENNIS MORRIS shall be dismissed in its entirety against all Defendants, without prejudice, pursuant to FRCP 41(a)(1).

Pursuant to FRCP 41(a)(i), no Court order is required to effectuate this dismissal.

1
Request for Voluntary Dismissal of Entire Action Without Prejudice

Dated: August 29, 2012          THE LINDE LAW FIRM


By:_/s/Douglas A. Linde_____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff DENNIS MORRIS

Request for Voluntary Dismissal of Entire Action Without Prejudice